UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROSA-LINDA SCHUEDER,

    Plaintiff,

  v.

HOLLAND AMERICA LINE, INC., et al.,

    Defendants.

CASE NO. C05-132C

ORDER

    This matter comes before the Court on Plaintiff Rosa-Linda Schueder's Motion for Extension of Deadline (Dkt. No. 19). The Court has carefully considered the papers submitted by the parties and hereby GRANTS Plaintiff's motion. Plaintiff shall appear in Seattle for a psychological IME on or before October 29, 2005.

    SO ORDERED this __2nd__ day of August, 2005.

_____
UNITED STATES DISTRICT JUDGE

ORDER – 1