UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROSA-LINDA SCHUEDER,

   Plaintiff,

   v.

HOLLAND AMERICA LINE, INC., et al.,

   Defendants.

CASE NO. C05-0132C

ORDER

This matter comes before the Court on Defendants' motion to compel (Dkt. No. 29). Defendants seek an order compelling Plaintiff to produce materials responsive to Defendants' written requests for production and requests made and agreed to during depositions. Plaintiff has not filed an opposition to the motion. As provided in Local Rule CR 7(b)(2), the Court considers Plaintiff's silence to be an admission that Defendants' motion has merit.

Accordingly, the Court GRANTS Defendants' motion, and ORDERS Plaintiff to produce, as requested by Defendants' motion: (1) accurate color reproductions of all photographs from Plaintiff's album, with dates, from the cruise at issue in this litigation; (2) all other responsive, non-privileged materials from the cruise that Plaintiff has not yet produced; and (3) accurate and complete copies of Plaintiff's tax returns from 2003 and 2004.

ORDER – 1

The Court further ORDERS that Plaintiff produce the above materials to Defendants within ten days of the date of this order.

SO ORDERED this 1st day of November, 2005.

_____
UNITED STATES DISTRICT JUDGE

ORDER – 2